```
ROBERT LOUGY
ACTING ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendant,
 New Jersey Transit Bus Operations

By:   Ashley Gagnon
      Deputy Attorney General
      Attorney ID: 076882013
      (609) 292-6095
```

| | | |
|---|---|---|
| MARK WOLOSHIN<br><br>       Plaintiff,<br><br>v.<br><br>NEW JERSEY TRANSIT BUS OPERATIONS AND UNKNOWN OPERATOR OF BUS 6002,<br><br>       Defendants. | : : : : : : : : : : : : : : : | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY VICINAGE OF CAMDEN**<br><br>HON. _____,<br>          U.S.D.J.<br><br>CIVIL ACTION NO. _____<br><br>**NOTICE OF REMOVAL** |

**TO THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:**

This Notice of Removal having been opened to the Court by counsel ROBERT LOUGY, ACTING ATTORNEY GENERAL OF NEW JERSEY, Deputy Attorney General Ashley Gagnon appearing, on behalf of Defendant New Jersey Transit Bus Operations in accordance with the provision of 28 U.S.C. § 1446 respectfully show that:

1. New Jersey Transit Bus Operations is a Defendant in a civil action brought in the Superior Court of New Jersey, Special Civil Part Camden County, entitled: *Woloshin v. New*

*Jersey Transit Bus Operations, et al.* bearing Camden County Docket Number CAM-DC-002147-16.

2. The United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

3. This action is removable to the District Court pursuant to 28 U.S.C. § 1441.

4. Defendant New Jersey Transit Bus Operations was served with the Summons and Complaint on March 11, 2016. (See Exhibit A, Complaint.)

5. This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b)(1), allowing the Defendant, New Jersey Transit Bus Operations, to remove on the basis of federal question jurisdiction, since it is filed within thirty (30) days of receipt by the Defendant of a copy of the Summons and Complaint.

6. The Summons and Complaint constitutes all pleadings received by the Defendant, New Jersey Transit Bus Operations, in this action.

7. Insofar as Defendant New Jersey Transit Bus Operations can determine, only New Jersey Transit Bus Operations has been served with legal process in this matter.

WHEREFORE, Defendant New Jersey Transit Bus Operations respectfully requests that the action now pending in the Superior Court of New Jersey, Special Civil Part Camden County, bearing Camden County Docket Number CAM-DC-02147-16, entitled:

*Woloshin v. New Jersey Transit Bus Operations, et al.* be removed to this court.

                              JOHN J. HOFFMAN
                              ACTING ATTORNEY GENERAL OF NEW JERSEY


                        By:    s/ Ashley Gagnon
                              Ashley Gagnon
                              Deputy Attorney General


DATED: April 11, 2016