| | |
|---|---|
| ( ) Cash (✓) Check | |
| ( ) Money Order | RECEIVED |

Court's Address and Phone Number:
Camden    Special Civil Part
Hall of Justice, 101 South Fifth Street,
Camden, N.J. 08103

Telephone No. (856) 379-2200

Fee Paid 9. Entered Superior Court of New Jersey
MAR 04 2016   Law Division, Special Civil Part  MAR 11 2016
1093 Docket No: DC -002147-16   Camden County
Amount $ 87.00    BUS CLAIMS SOUTH CAMDEN
Batch # 881    **Civil Action**
Ovp 5.00     **SUMMONS**
Check one . ☐ Contract  ☒ Tort

## YOU ARE BEING SUED!

**Person or Business Suing You (*Plaintiff*)**

Mark Woloshin, 421 State Street, Apartment B, Camden, N.J. 08102

(See the following page(s) for additional plaintiffs)

**Plaintiff's Attorney Information**

Peter Kober, Esq., Kober Law Firm, LLC, 1876 Greentree Road, Cherry Hill, N.J. 08003

**Person or Business Being Sued (*Defendant*)**

New Jersey Transit Bus Operations, 350 Newton Avenue, Camden, N.J. 08103

(See the following page(s) for additional defendants)

**The Person or Business Suing You Claims You Owe the Following:**

| | |
|---|---:|
| Demand Amount | $ 15,000.00 |
| Filing Fee | $ 80.00 |
| Service Fee | $ 7.00 |
| Attorney's Fees | $ 7,500.00 |
| **TOTAL** | $ 22,587.00 |

### FOR JUDICIARY USE ONLY

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. **If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement.** If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

**IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE 04/18/2016, OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:**

1. *Answer the complaint.* An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Clerk's Offices or on the Judiciary's Internet site www.njcourts.com under the section for Forms. If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: *Treasurer, State of New Jersey*. Include *DC* -002147-16 (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before 04/18/2016.

2. *Resolve the dispute.* Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the SIGNED agreement to the court's address listed above on or before 04/18/2016.

Please Note - You may wish to get an attorney to represent you. If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at 856-964-2010. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at 856-482-0618. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

/s/ Name   Nalo Brown
Acting Deputy Clerk of the Superior Court



| Dirección y teléfono del tribunal: <br> Parte Civil Especial de Camden ☒ <br> Hall of Justice <br> ~~101 S. 5th Street~~ <br> ~~Camden, NJ 08013~~ <br><br> Número de teléfono: _____ | El Tribunal Superior de Nueva Jersey <br> División de Derecho, Parte Civil Especial <br> Condado de Camden ☒ <br> Número del expediente: DC _____ <br> Demanda de Acción Civil <br> **NOTIFICACIÓN DE DEMANDA** <br> Marque si es  ☒ Contrato   ☐ Ilícito Civil |
|---|---|

## ¡LE ESTÁN DEMANDANDO!

| Persona o entidad comercial que le está demandando *(el demandante)* | Persona o entidad comercial que está siendo demandada *(el demandado)* |
|---|---|
| El Demandante: Consigne la información al dorso. (Vea en la(s) página(s) siguiente(s) los demandantes adicionales) | El Demandante: Consigne la información al dorso. (Vea en la(s) página(s) siguiente(s) los demandados adicionales) |
| **Información sobre el abogado del demandante** | La persona o entidad comercial que le está demandando afirma que usted le debe lo siguiente: |
| El Demandante: Consigne al dorso la información sobre el abogado del demandante. | Cantidad a la vista  $XXXXXXXXX <br> Tasa judicial  $XXXXXXXXX <br> Cargo del emplazamiento  $XXXXXXXXX <br> Honorarios del abogado  $XXXXXXXXX <br> **TOTAL**  $XXXXXXXXX |

**PARA USO EXCLUSIVO DEL PODER JUDICIAL**

En la demanda adjunta la persona o entidad comercial que le está demandando le informa brevemente al juez su versión de los hechos de la causa y la suma de dinero que afirma que usted le debe. Si usted no responde a la demanda, puede perder la causa automáticamente y el juez puede dar al demandante lo que está pidiendo más intereses y los costos legales. Usted tiene 35 días a partir de la fecha del emplazamiento para presentar su respuesta o un acuerdo firmado. Si se dicta un fallo en su contra, un Oficial de la Parte Civil Especial puede embargar su dinero, sueldo o sus bienes muebles (personales) para pagar todo el fallo o una parte del mismo. El fallo es válido por 20 años.

<u>SI USTED NO ESTÁ DE ACUERDO</u> CON LAS ALEGACIONES DEL DEMANDANTE, EL TRIBUNAL TIENE QUE RECIBIR UNA RESPUESTA POR ESCRITO O UN ACUERDO FIRMADO PARA EL _____, O ANTES DE ESA FECHA, O EL JUEZ PUEDE EMITIR UN FALLO EN SU CONTRA. SI USTED <u>NO ESTÁ DE ACUERDO</u> CON EL DEMANDANTE, DEBE HACER <u>UNA</u> DE LAS SIGUIENTES COSAS <u>O LAS DOS</u>:

1. *Responder a la demanda*. Un formulario de respuesta que le explicará cómo responder a la demanda está disponible en cualquiera de las Oficinas de la Parte Civil Especial de Nueva Jersey o en el sitio Internet del Poder Judicial www.njcourts.com bajo la sección de formularios (Forms). Si usted decide presentar una respuesta a la demanda que se hizo en su contra:
   - Llene el formulario de Respuesta Y pague la tasa judicial de presentación que corresponda mediante un cheque o giro bancario o postal acreditable al: "*Treasurer, State of New Jersey*" (Tesorero del Estado de Nueva Jersey). Incluya el número DC _____ (el número de su expediente) en el cheque.
   - Envíe por correo el formulario de Repuesta llenado y el cheque o giro bancario o postal a la dirección del tribunal que figura más arriba, o entréguelos personalmente en dicha dirección.
   - Entregue personalmente o envíe por correo común una copia del formulario de Repuesta llenado al abogado del demandante. Si el demandante no tiene abogado, envíe su formulario de respuesta llenado al demandante por correo común y por correo certificado. Esto SE TIENE que hacer al mismo tiempo que presente su Respuesta al tribunal a más tardar el _____.

2. *Resolver la disputa*. Comuníquese con el abogado del demandante, o con el demandante si éste no tiene abogado, para resolver esta disputa. El demandante puede estar de acuerdo con aceptar arreglos de pago. Si llegara a un acuerdo, envíe por correo el acuerdo FIRMADO a la dirección del tribunal que figura más arriba, o entréguelo personalmente en dicha dirección a más tardar el _____.

Nota - Puede que usted quiera conseguir que un abogado para que lo represente. Si usted no puede pagar un abogado, podría obtener consejos legales gratuitos si se comunica con Legal Services (Servicios Legales) llamando al _____. Si usted puede pagar un abogado, pero no conoce a ninguno, puede llamar al Lawyer Referral Services (Servicios de Recomendación de Abogados) del Colegio de Abogados (Bar Association) de su condado local al _____. Notifique al tribunal ahora si usted necesita un intérprete o un arreglo por una discapacidad para cualquier comparecencia futura en el tribunal.

/s/ Nombre y apellido _____

Subsecretario(a) interino(a) del Tribunal Superior

FILED Mar 07, 2016

Peter Kober, Esq.
006481979
Kober Law Firm, LLC
1876 Greentree Rd
Cherry Hill, NJ 08003
856-761-5090
Attorney for Plaintiff, Mark Woloshin

| | |
|---|---|
| MARK WOLOSHIN, | Superior Court of New Jersey |
| | Law Division: Camden County |
| Plaintiff | Special Civil Part |
| | |
| v. | Docket No. DC- DC-002147-16 |
| | |
| NEW JERSEY TRANSIT BUS OPERATIONS | Civil Action |
| and UNKNOWN OPERATOR OF BUS 6002, | |
| | COMPLAINT |
| Defendants | |

16-1071

On June 3, 2015, at 3:54 P.M., MARK WOLOSHIN was at the bus stop on Broadway between Federal Street and Martin Luther King Boulevard, accompanied by his young son and in possession of a small child's bicycle. There he was awaiting the approach of the northbound 452 bus which he intended to board with his young son and ride home. He is a deaf individual. Bus No. 6002 pulled up to the curb at the bus stop at 3:54 P.M. which was the scheduled time. He knew how to load a small child's bicycle onto the bicycle rack on the front of the bus, having done so many times previously. On this occasion he started to load the small child's bicycle onto the bicycle rack on the front of the bus. The UNKNOWN OPERATOR OF BUS 6002 started berating him, not realizing he was deaf. He then showed the UNKNOWN OPERATOR OF BUS 6002 a card that he carries, stating that he is deaf. The UNKNOWN OPERATOR OF BUS 6002 should have realized, by reading the card, that he was deaf. After looking at the card, the UNKNOWN OPERATOR OF BUS 6002 kept berating him, as if he did not realize or did not care that he was deaf. The UNKNOWN OPERATOR OF BUS 6002 made motions to indicate to him that he was not allowed to put the small child's bicycle on the front of the bus, while continuing to berate him. The UNKNOWN OPERATOR OF BUS 6002 made no effort to attach the small child's bicycle onto the front of the bus himself. MARK WOLOSHIN then tried to carry the small child's bicycle onto the bus himself. The UNKNOWN OPERATOR OF BUS 6002 made motions to indicate to him that he was not allowed to carry the small child's bicycle onto the bus himself, while continuing to berate him. The UNKNOWN OPERATOR OF BUS 6002 made no effort to carry the small child's bicycle onto the bus himself. MARK WOLOSHIN was denied entry onto the bus by the UNKNOWN OPERATOR OF BUS 6002, as was his young son. The UNKNOWN



OPERATOR OF BUS 6002 closed the door, accelerated the engine, and pulled away from the curb. His young son and he were left standing on the curb.

As a direct and proximate result of the acts of Defendants, NEW JERSEY TRANSIT BUS OPERATIONS and UNKNOWN OPERATOR OF BUS 6002, Plaintiff, MARK WOLOSHIN, has suffered mental and emotional distress and anguish.

## COUNT I

The acts of Defendants, NEW JERSEY TRANSIT BUS OPERATIONS and UNKNOWN OPERATOR OF BUS 6002 violated Plaintiff, MARK WOLOSHIN's rights under the laws of the United States, particularly his rights under Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. Section 794.

## COUNT II

The acts of Defendants, NEW JERSEY TRANSIT BUS OPERATIONS and UNKNOWN OPERATOR OF BUS 6002 violated Plaintiff, MARK WOLOSHIN's rights under the laws of the United States, particularly his rights under Title II of the Americans with Disabilities Act, 42 U.S.C. Section 12,131 et seq.

## COUNT III

The acts of Defendants, NEW JERSEY TRANSIT BUS OPERATIONS and UNKNOWN OPERATOR OF BUS 6002 violated Plaintiff, MARK WOLOSHIN's rights under the laws of New Jersey, particularly his rights under the Law Against Discrimination, N.J.S.A. 10:5-4 and N.J.S.A. 10:5-12f.(1).

COUNT IV

The acts of Defendants, NEW JERSEY TRANSIT BUS OPERATIONS and UNKNOWN OPERATOR OF BUS 6002 constituted the torts of intentional infliction of emotional distress and/or negligence for which the Defendants, NEW JERSEY TRANSIT BUS OPERATIONS and UNKNOWN OPERATOR OF BUS 6002 are liable in damages.

The amount Plaintiff, MARK WOLOSHIN, is demanding from Defendants, NEW JERSEY TRANSIT BUS OPERATIONS and UNKNOWN OPERATOR OF BUS 6002 includes punitive damages and is $15,000.

At the trial Plaintiff will need:

    An interpreter    [ x ] yes [ ] no    Indicate Language: American Sign Language

    An accommodation for disability [ x ] yes [ ] no  Type: interpretation for the deaf

I certify that the matter in controversy is not the subject of any other court action or arbitration proceeding, now or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

Respectfully submitted,

*Peter Kober*

Peter Kober, Esq.

DATED: February 18, 2016

3

