```
CHRISTOPHER S. PORRINO
ACTING ATTORNEY GENERAL OF NEW JERSEY
Hughes Justice Complex
25 Market Street
P.O. Box 116
Trenton, NJ 08625-0112
Attorney for Defendant,
 New Jersey Transit

By:  Ashley Gagnon
     Deputy Attorney General
     (609) 292-6095
     Ashley.Gagnon@lps.state.nj.us
```

| | |
|---|---|
| MARK WOLOSHIN<br><br>          Plaintiff,<br><br>v.<br><br>NEW JERSEY TRANSIT BUS OPERATIONS AND UNKNOWN OPERATOR OF BUS 6002,<br><br>          Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY VICINAGE OF CAMDEN**<br><br>CIVIL ACTION NO. 16-01982<br><br>**NOTICE OF MOTION** |

```
TO:  CLERK OF THE COURT

Peter M. Kober, Esq.
1876 Greentree Rd.
Cherry Hill, NJ 08003
```

PLEASE TAKE NOTICE that on August 1, 2016, or as soon as counsel may be heard, the undersigned attorney for Defendant New Jersey Transit, shall apply to the United States District Court, For the District of New Jersey, Pursuant to Fed. R. Civ. P. 6(b)(1)(B) for an Order dismissing Plaintiff's Amended

Complaint. Defendant will reply on the attached Brief in support of the Motion.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of Order is attached.

CHRISTOPHER S. PORRINO<br>
ACTING ATTORNEY GENERAL OF NEW JERSEY

By:   s/ Ashley Gagnon
    Ashley Gagnon
    Deputy Attorney General

Dated: July 8, 2016