UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARK WOLOSHIN, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 16-1982 |
| v. | : | ORDER |
| NEW JERSEY TRANSIT BUS OPERATIONS and UNKNOWN OPERATOR OF BUS 6002, | : | |
| Defendants. | : | |

This matter having come before the Court on a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6); and

The Court having decided the matter based on the briefs pursuant to Fed. R. Civ. P. 78(b); and

For the reasons stated in the Court's Opinion issued this date,

IT IS ORDERED this 28th day of September, 2016 that Defendant's Motion to Dismiss the Amended Complaint [Doc. 14] is hereby <u>GRANTED</u>.

 /s/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
USDJ

1